[Crim. No. 481.  Third Appellate District.—October 24, 1919.]

## THE PEOPLE, Respondent, v. ELTON FRAZIER, Appellant.

[1] CRIMINAL LAW—EXTORTION—JUDGMENT—APPEAL—EVIDENCE. — On appeal from the judgment of conviction in this prosecution for the crime of extortion, abundant evidence was found in the record to support the verdict, no prejudicial error was discovered, and no reason appeared why the conclusion reached in the trial court should be disturbed.

APPEAL from a judgment of the Superior Court of Plumas County. J. O. Moncur, Judge. Affirmed.

The facts are stated in *People* v. *Peck, ante,* p. 638.

M. C. Kerr for Appellant.

U. S. Webb, Attorney-General, and J. Chas. Jones, Deputy Attorney-General, for Respondent.

THE COURT.—This is a companion case to *People* v. *Peck, ante,* p. 638, [185 Pac. 881]. **[1]** On a separate trial this defendant was convicted and sentenced to the penitentiary for an indeterminate period. The appeal is from said judgment. No argument, either oral or written, has been submitted in this court in behalf of appellant. His counsel appeared at the time set for the hearing, but declined to make any argument. We have, nevertheless, examined the record and have found abundant evidence to support the verdict. It may be stated further that we have discovered no prejudicial error, and we know of no reason why we should disturb the conclusion reached in the trial court.

The judgment is affirmed.